JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOFER GONZALEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA MONICA, a municipal entity, OFFICER EVAN RALEIGH, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-06947-RGK<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    The Court held a jury trial on April 5, 2022, and the jury returned a verdict (DE 135). Pursuant to the jury's verdict, and the Court's orders of dismissal (DEs 59, 74, 122),

    IT IS THEREFORE ORDERED AND ADJUDGED that judgment in this action is entered in favor of Defendants.

DATED: May 18, 2022

*/s/ Gary Klausner*

R. Gary Klausner, Judge
United States District Court